Court of the State of Minnesota. November 30, 1903. Dismissed with costs, on authority of counsel for plaintiffs in error. *Mr. Frank B. Kellogg* for plaintiffs in error. *Mr. H. Steenerson* for defendants in error.

---

No. 113. JEUNG LIN HEUNG, APPELLANT, *v.* UNITED STATES. Appeal from the United States Circuit Court of Appeals for the Ninth Circuit. December 3, 1903. Dismissed, per stipulation, on motion of *Mr. Solicitor General Hoyt* for the appellee. *Mr. Lyman I. Mowry* for appellant. *The Attorney General* for appellee.

---

No. 129. TRUSTEES OF MACALESTER COLLEGE, PLAINTIFFS IN ERROR, *v.* STATE OF MINNESOTA. In error to the Supreme Court of the State of Minnesota. December 7, 1903. Dismissed per stipulation. *Mr. John E. Stryker* for plaintiffs in error. *Mr. James E. Markham* for defendant in error.

---

No. 95. LINDLEY E. SINCLAIR, PLAINTIFF IN ERROR, *v.* DISTRICT OF COLUMBIA. In error to the Court of Appeals of the District of Columbia. December 14, 1903. Dismissed with costs, on motion of *Mr. C. C. Cole* for the plaintiff in error. *Mr. C. C. Cole* and *Mr. J. J. Darlington* for plaintiff in error. *Mr. A. B. Duvall* and *Mr. Edward H. Thomas* for defendant in error.

---

No. 116. HAWAIIAN TRAMWAYS COMPANY (LIMITED), PLAINTIFF IN ERROR, *v.* HONOLULU RAPID TRANSIT AND LAND COMPANY (LIMITED). In error to the Supreme Court of the Territory of Hawaii. December 14, 1903. Dismissed with costs, on motion of *Mr. J. J. Darlington* for the plaintiff in error. *Mr. J. J. Darlington* and *Mr. R. D. Silliman* for plaintiff in